# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Xiu Ping Zheng,

          Petitioner,

v.

Pamela Bondi, et al.,

          Respondents.

No. CV-26-02400-PHX-SMB (MTM)

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging her immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and arguing her detention is prolonged and there is no significant probability of her removal in the reasonably foreseeable future. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) In their Respondents state:

> Undersigned counsel does not have sufficient information to establish a substantial likelihood of removal in the reasonably foreseeable future and therefore does not oppose release of Petitioner subject to the same conditions that existed prior to detention.

(Doc. 7.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her *Zadvydas* claim.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to her *Zadvydas* claim.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge